UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CAROL MISSRY and HYMAN MISSRY,
individually and on behalf of all others similarly
situated,

        Plaintiffs,

v.

DONISI JAX, INC. d/b/a NATIONWIDE
HEALTH ADVISORS,

        Defendant.

------------------------------------------------------------ x

Case No. 1:18-cv-03614-SJ-CLP

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Carol Missry and Hyman Missry voluntarily dismiss this action without prejudice.

Dated: October 2, 2018

**THE SULTZER LAW GROUP, P.C.**

By: _____
Adam Gonnelli, Esq.
280 Highway 35, Suite 304
Red Bank, NJ 07701
Tel: (732) 741-4290
Fax: (888) 749-7747
gonnellia@thesultzerlawgroup.com

Alan N. Walkow, Esq.
WALKOW LAW OFFICE
246 Monmouth Road
Oakhurst, New Jersey 07755
Tel: (732) 945-5250
Fax: (855) 783-1395
info@njnylawgroup.com

*Counsel for Plaintiffs
Carol Missry and Hyman Missry*

SO ORDERED
on this 5th day of October 20 18
_____
STERLING JOHNSON, JR., SENIOR U.S.D.J.